1012

[No. 812-1.    Division One—Panel 1.    October 12, 1971.]

RICHARD A. CASSUTT, *Appellant,* v. JOHN R. STOUT *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 715447, George H. Freese, J., entered July 14, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 317-3.    Division Three.    October 15, 1971.]

*In the Matter of the Application for a Writ of Habeas Corpus of* JACK RAYMOND STRUCK, JR., *Petitioner,* v. THOMAS G. PINNOCK, *Respondent.*

Application filed in the Court of Appeals December 3, 1970, for a writ of habeas corpus. *Denied* by unpublished opinion pursuant to RCW 2.06.040.

[No. 419-41835-3.    Division Three.    October 15, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY E. BAND-FIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3292, Felix Rea, J., entered January 8, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 586-1.    Division One—Panel 1.    October 18, 1971.]

TOLEDO SCALE CORPORATION, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 703900, Felix Rea, J., entered March 16, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.